USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/3/17

PREET BHARARA
United States Attorney for
the Southern District of New York
By:   ALEXANDER J. WILSON
      Assistant United States Attorney
      One St. Andrew's Plaza
      New York, New York 10007
      Tel. (212) 637-2453

**1 7MISC 3 8**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                              :
IN RE: YOUNG MAN AS BACCHUS OIL          :      **STIPULATION AND ORDER**
PAINTING BY JAS FRANS VERZIJL,
                                         :
        Defendant-in-Rem.
                                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

WHEREAS, the Federal Bureau of Investigations (the "FBI") and the United States

Attorney's Office for the Southern District of New York ("USAO") have determined the following

facts:

(a)     The Galerie Julius Stern (the "Stern Gallery") was established in Germany in 1913

        by Julius Stern;

(b)     After Julius Stern's death, his son, Dr. Max Stern ("Dr. Stern") managed the Stern

        Gallery until he was forced into exile by the Nazi regime in December of 1937;

(c)     Prior to his exile, Dr. Stern was forced by the Nazi regime to liquidate the Stern

        Gallery's collection, as a result of his Jewish heritage;

(d)     As part of the forced sales of the Stern Gallery's collection, the oil painting Young

        Man As Bacchus by Jas Frans Verzijl (the "Subject Painting") was sold to

        Wilhelm Putzer, on October 18, 1936, and, accordingly, the Subject Painting

        constitutes stolen property under United States law;

(e)     Upon his death in 1987, Dr. Stern bequeathed any potential recovery of stolen

artworks to the Dr. and Mrs. Max Stern Foundation (the "Stern Foundation");

(f)      In or around May 2015, the Subject Painting was offered for sale at an art fair in

New York, New York, by a foreign art gallery (the "Gallery"), which turned over

the Subject Painting to the FBI; and

(g)      The Subject Painting had been consigned to the Gallery for sale by Caretto &

Occhinegro, an art gallery located in Turin, Italy.

WHEREAS, the FBI has advised Messrs. Massimiliano Caretto ("Caretto") and

Francesco Occhinegro ("Occhinegro"), the owners of Caretto & Occhinegro, that the Subject

Painting was stolen from the Stern Gallery as a result of the Nazi persecution of Dr. Stern and other

Jewish persons living in Germany and elsewhere;

WHEREAS, Caretto & Occhinegro has fully cooperated with the FBI and wishes to

have the Subject Painting returned to the Stern Foundation and has further agreed to voluntarily

relinquish any right, title, and interest that it may have in the Subject Painting;

WHEREAS, the USAO, the FBI, and Caretto & Occhinegro have agreed that the

Subject Painting should be returned, through the USAO and FBI, to the Stern Foundation;

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

parties, as follows:

1.      Caretto & Occhinegro, and its owners Massimiliano Caretto and Francesco

Occhinegro, voluntarily relinquish any right, title, and interest they may have in the Subject Painting,

to allow for its return, through the USAO and the FBI, to the Stern Foundation.

2.      Following the entry of this Stipulation and Order, the United States shall return

the Subject Painting to the Stern Foundation.

3.      Caretto & Occhinegro represents that no other person or entity – other than the

Stern Foundation – has any interest in the Subject Painting, and agrees to hold harmless the United

States and any and all of its agents, contractors, and employees (including, without limitation, the

USAO and the FBI) from any and all claims, including, without limitation, third-party claims, in

connection with or arising out of the United States' transfer of the Subject Painting to the Stern

Foundation.

4.      Caretto & Occhinegro, and its owners Massimiliano Caretto and  Francesco

Occhinegro, are hereby barred from asserting any claim against the United States of America

("USA"), the Department of Justice ("DOJ"), the USAO, the FBI, or any agents, contractors, or

employees of the USA, DOJ, USAO, or FBI in connection with the seizure and/or return of the

Subject Painting, including, but not limited to, any claim that there was no probable cause to seize or

return the Subject Painting, or for costs, attorney's fees, or interest.

5.      This Stipulation and Order shall in no way be deemed an admission of

culpability, liability, or guilt on behalf of Caretto & Occhinegro or Messrs. Caretto or Occhinegro, or

any of their agents, officers or employees, past and present, and the United States stipulates that

Messrs. Caretto and Occhinegro have fully cooperated to ensure that the Subject Painting is returned

to its rightful owner, the Stern Foundation.

6.      Messrs. Caretto and Occhinegro warrant that they have the authority to sign

this Stipulation and Order on behalf of Caretto & Occhinegro.

7.      The signature page of this Stipulation and Order may be executed in one or

more counterparts, each of which will be deemed an original but all of which together will constitute

one and the same instrument.  Faxed and/or emailed copies shall be treated as originals.

8.      Each party shall bear its own costs and attorney's fees.

9.      The parties hereby waive all rights to challenge or contest the validity of this

3

Stipulation and Order.

10.     This Stipulation and Order represents the complete agreement of the parties

and cannot be amended without the express written consent of all the parties to this Stipulation and

Order.

Agreed and consented to:
PREET BHARARA
United States Attorney for the
Southern District of New York


By:   _____                    02/21/2017
        ALEXANDER J. WILSON                          Date
        Assistant United States Attorney
        One St. Andrew's Plaza
        New York, New York 10007
        Tel. (212) 637-2453

CARETTO & OCCHINEGRO


By:   _____                    _____
        MASSIMILIANO CARETTO                        Date
        Individually and on behalf of Caretto & Occhinegro
        Turin, Italy


By:   _____                    _____
        FRANCESCO OCCHINEGRO                         Date
        Individually and on behalf of Caretto & Occhinegro
        Turin, Italy

So Ordered:


_____                          _____
                                                    Date

United States District Judge
Southern District of New York
Part I

4

Stipulation and Order.

      10.    This Stipulation and Order represents the complete agreement of the parties

and cannot be amended without the express written consent of all the parties to this Stipulation and

Order.

Agreed and consented to:
PREET BHARARA
United States Attorney for the
Southern District of New York


By:    _____           _____
        ALEXANDER J. WILSON                    Date
        Assistant United States Attorney
        One St. Andrew's Plaza
        New York, New York 10007
        Tel. (212) 637-2453

CARETTO & OCCHINEGRO

By:    _____           27-03-2016
        MASSIMILIANO CARETTO            Date
        Individually and on behalf of Caretto & Occhinegro
        Turin, Italy

By:    _____           27-03-2016
        FRANCESCO OCCHINEGRO         Date
        Individually and on behalf of Caretto & Occhinegro
        Turin, Italy

So Ordered:

    RMB, Part I                   2/3/17
    _____           Date

United States District Judge
Southern District of New York
Part 1

4